# Court of Appeals, State of Michigan

## ORDER

Kurt J. Hein v Terri Jo Hein

Docket No.    353272; 353285

LC No.        2019-034834-DO

Kathleen Jansen
Presiding Judge

Amy Ronayne Krause

Michael F. Gadola
Judges

The April 29, 2021 opinion is hereby AMENDED to correct a clerical error: The first sentence of the last paragraph on page 6 will now read: "Consequently, plaintiff is also correct in asserting that by default, defendant's half of his pension would revert to him upon defendant's death, in the event she predeceases him."

In all other respects, the April 29, 2021 opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

_____
April 30, 2021
Date

_____
Chief Clerk